IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.NO. 1:08cr43-WC   2008 FEB 20  P 4:46 |
| | ) | [18 USC 13; Code of Ala. |
| V. | ) | 32-5A-191(a)(1)(2); 32-6-19] |
| | ) | |
| ROBERT TROY FUNDERBURG | ) | INFORMATION |

The United States Attorney charges:

On or about the 27th of October 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, ROBERT TROY FUNDERBURG did unlawfully operate a motor vehicle while there was .08 percent or more by weight of alcohol in his blood and did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 32, Section 5A-191(a)(1) and (2), Code of Alabama 1975, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*Emily M. Ruisanchez*
EMILY M. RUISANCHEZ
SPECIAL ASSISTANT U.S. ATTORNEY
GA BAR NO. 142573
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. On the 27th of October 2007, at approximately 0450 A.M., I was dispatched to the Daleville Gate for a traffic accident where the driver impacted with the concrete security barriers and had received possible injuries. The damaged vehicle which I observed was a gold in color, 2005 Nissan Titan, bearing (KY 07) license plates #187BSK. Upon my arrival, I detected an odor for an alcoholic beverage emitting from the driver's person. The driver was later identified as ROBERT TROY FUNDERBURG. I approached FUNDERBURG who had been placed onto an ambulance for possible neck and back injuries. He was unable to perform a Breathalyzer Test and Field Sobriety Test due to his apparent injuries. The vehicle sustained major disabling damage to the right side and undercarriage. FUNDERBURG was transported to the Medical Center Enterprise for examination and evaluation. He was accompanied on the ambulance by SPC James Johnson. At the hospital, FUNDERBURG refused to release a blood sample. LTC Scott Alpete was contacted and gave the order for a Command Directed Blood Sample. The blood results are pending. FUNDERBURG was released from the Medical Center Enterprise at 0830 A.M. At which time, he was transported to the MP Station for further processing and released on DD Form 2708 to his unit. FUNDERBURG was not advised of his legal rights due to his impaired state.

_____
BENJAMIN SCOTT EAGER, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this  07  day of  FEB  2008.


_____
NOTARY PUBLIC

My commission expires: