IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CASE NO.: 1:08-cr-00043-WC |
| | * | |
| **ROBERT TROY FUNDERBURG,** | * | |
| | * | |
| DEFENDANT. | * | |

## *NOTICE OF APPEARANCE*

**COMES** now **J.E. SAWYER, JR.**, attorney at law, and hereby files this Notice of Appearance on behalf of Defendant, **ROBERT T. FUNDERBURG**, in the above-styled matter.

Dated this the 27th day of February, 2008.

    /S/ J. E. Sawyer, Jr.
J. E. Sawyer, Jr.
Attorney for Defendant
203 South Edwards Street
Enterprise, Alabama 36330
(334) 347-6447 telephone
(334) 347-8217 facsimile

**CERTIFICATE OF SERVICE**

      I certify that I have on this 17th day of January 2007, served a copy of the foregoing Notice of Appearance on all counsel of record either by the AlaFile electronic-filing system or by United States Mail, postage prepaid and addressed as follows:

| | |
|---|---|
| Kent B. Brunson | Emily M Ruisanchez |
| Assistant U.S. Attorney | Special Assistant U.S. Attorney |
| One Court Square | Office of the Staff Judge Advocate |
| Suite 201 | Soldier Service Center, Bldg. 5700 |
| Montgomery, AL  36104 | Ft. Rucker, AL  36362 |

      /S/ J. E. Sawyer, Jr.
J. E. SAWYER, JR.  (SAW004)
    Attorney for Defendant
    203 S. Edwards Street
    Enterprise, AL 36330
    (334) 347-6447 telephone
    (334) 347-8217 facsimile