UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CR-00043-WC |
| | ) | |
| ROBERT TROY FUNDERBURG | ) | |

## MOTION FOR LEAVE TO FILE STATUS REPORT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to provide a status report as follows:

1. Information was filed on February 20, 2008.

2. Mr. Funderburg was arraigned on May 13, 2008.

3. Counsel for the defendant and the undersigned Special Assistant United States Attorney are currently negotiating for potential resolution of this case.

4. This case is scheduled for the trial period beginning July 14, 2008.

Respectfully submitted this the 25th day of June, 2008.

            Respectfully submitted,

            LEURA GARRETT CANARY
            UNITED STATES ATTORNEY


            /s/ Emily M. Ruisanchez
            EMILY M. RUISANCHEZ
            Special Assistant United States Attorney
            Soldier Service Center, Bldg. 5700
            Fort Rucker, Alabama 36362
            Telephone: (334) 255-9141
            Fax: (334) 255-1869
            E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:08-CR-00043-WC |
| ) | |
| ROBERT TROY FUNDERBURG ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joseph Earl Sawyer Jr., Attorney for Robert Troy Funderburg, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Robert Troy Funderburg.

     Respectfully submitted,

     LEURA GARRETT CANARY
     UNITED STATES ATTORNEY


     /s/ Emily M. Ruisanchez
     EMILY M. RUISANCHEZ
     Special Assistant United States Attorney
     Soldier Service Center, Bldg. 5700
     Fort Rucker, Alabama 36362
     Telephone: (334) 255-9141
     Fax: (334) 255-1869
     E-mail: emily.ruisanchez@us.army.mil