**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.  1:08-CR-00043-WC** |
| | ) | |
| **ROBERT TROY FUNDERBURG** | ) | |

**MOTION FOR LEAVE TO FILE MOTION TO SUPPRESS**

    **COMES NOW** the Defendant, **ROBERT TROY FUNDERBURG**, by and through the undersigned counsel of record, J. E. Sawyer, Jr., and hereby moves this Honorable Court leave to file a Motion to Suppress, and as grounds therefore would show as follows:

    1.    That the deadline for filing pretrial motions has expired; however, the parties herein were attempting to negotiate a settlement and counsel for Defendant did not file a Motion to Suppress while awaiting settlement.

    Respectfully submitted this 3rd day of July, 2008.


                                    ____/S/  J. E. Sawyer, Jr._____
                                    J. E. SAWYER, JR. (ASB 6566-S58J)
                                    Attorney for Defendant
                                    203 South Edwards Street
                                    Enterprise, Alabama 36330
                                    (334) 347-6447  telephone
                                    (334) 347-8217  facsimile
                                    jesawyer@roadrunner.com

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.  1:08-CR-00043-WC** |
| | ) | |
| **ROBERT TROY FUNDERBURG** | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 3, 2008 I have electronically filed the foregoing electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  Emily M. Ruisanchez, Special Assistant United States Attorney.


    \_\_\_\_/S/  J. E. Sawyer, Jr._____
    J. E. SAWYER, JR.