## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No.  1:08-CR-00043-WC |
| ) | |
| **ROBERT TROY FUNDERBURG** ) | |

## MOTION TO CONTINUE

**COMES NOW** the Defendant, **ROBERT TROY FUNDERBURG**, by and through the undersigned counsel of record, J. E. Sawyer, Jr., and hereby moves this Honorable Court for a continuance of the trial set for July 14, 2008, and as grounds therefore would show as follows:

1. That Counsel for Defendant has filed a Motion for Leave to File Motion to Suppress on this date.

**WHEREFORE**, Defendant prays this Honorable Court will grant this request for a continuance and to reset this matter for a later date.

Respectfully submitted this 3rd day of July, 2008.

```
          ____/S/  J. E. Sawyer, Jr._____
          J. E. SAWYER, JR. (ASB 6566-S58J)
          Attorney for Defendant
          203 South Edwards Street
          Enterprise, Alabama 36330
          (334) 347-6447  telephone
          (334) 347-8217  facsimile
          jesawyer@roadrunner.com
```

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. **1:08-CR-00043-WC** |
| | ) | |
| **ROBERT TROY FUNDERBURG** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 3, 2008 I have electronically filed the foregoing electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Emily M. Ruisanchez, Special Assistant United States Attorney.

                                             ____/S/  J. E. Sawyer, Jr._____
                                               J. E. SAWYER, JR.