IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CRIMINAL ACTION NO 1:08cr43-WC |
| ) | |
| ROBERT TROY FUNDERBURG ) | |

## ORDER ON MOTIONS

On 3 July 2008, Defendant filed a Motion for Leave to File Motion to Suppress (Doc. #12) and a Motion to Continue Trial (Doc. #13). For good cause, it is

ORDERED that the Motion for Leave to File Motion to Suppress (Doc. #14) is GRANTED. Defendant shall file his Motion to Suppress **no later than 10:00 a.m. on Monday, 7 July 2008**. The Government shall file its response **no later than 12:00 p.m. on Friday, 11 July 2008**. The Court shall hold a hearing on the Motion to Suppress at 10:00 a.m. on **14 July 2008** at the Federal Building and United States Courthouse, DOTHAN, AL. It is further

ORDERED that the Motion to Continue Trial (Doc. #13) is DENIED. All pretrial deadlines remain in effect.

Done this 3rd day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE