IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CASE NO.: 1:08-cr-00043-WC |
| | * | |
| ROBERT TROY FUNDERBURG, | * | |
| | * | |
| DEFENDANT. | * | |

### *MOTION TO SUPRESS*

COMES NOW the Defendant, ROBERT TROY FUNDERBURG, by and through his counsel of record, J.E. SAWYER, JR., and hereby moves this Honorable Court to suppress <u>any and all evidence</u> of blood alcohol levels of the Defendant, and to suppress any and all reports, statements, whether oral, recorded or written, taken from Defendant by any law enforcement official(s) or anyone acting on their behalf, and as grounds states as follows:

1. By reason of the above such search or searches were in violation of the Fourth and Fourteenth Amendments to the United States Constitution.

2. The Defendant's blood was obtained illegally and/or without proper authorization.

3. Statements made or alleged to have been made were not given freely, were with out the benefit of counsel, and/or without <u>Miranda</u> warning have been offered.

Respectfully submitted on this the 7th day of July, 2008.

                                                ____/S/   J. E. Sawyer, Jr._____
                                                J. E. SAWYER, JR. (ASB 6566-S58J)
                                                Attorney for Defendant
                                                203 South Edwards Street
                                                Enterprise, Alabama 36330
                                                (334) 347-6447  telephone
                                                (334) 347-8217  facsimile
                                                jesawyer@roadrunner.com

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CASE NO.: 1:08-cr-00043-WC |
| | * | |
| ROBERT TROY FUNDERBURG, | * | |
| | * | |
| DEFENDANT. | * | |

**CERTIFICATE OF SERVICE**

 I hereby certify that on July 7, 2008 I have electronically filed the foregoing electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Emily M. Ruisanchez, Special Assistant United States Attorney.

              ____/S/   J. E. Sawyer, Jr._____
              J. E. SAWYER, JR.