IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CASE NO.: 1:08-cr-00043-WC |
| | * | |
| ROBERT TROY FUNDERBURG, | * | |
| | * | |
| DEFENDANT. | * | |

### *DEFENDANT'S PROPOSED VOIR DIRE*

COMES NOW the Defendant, ROBERT TROY FUNDERBURG, by and through his counsel of record, J.E. SAWYER, JR., and submits the following proposed voir dire pursuant to this Honorable Court's Order of May 16, 2008:

1. None.

Respectfully submitted on this the 7th day of July, 2008.

____/S/   J. E. Sawyer, Jr._____
J. E. SAWYER, JR. (ASB 6566-S58J)
Attorney for Defendant
203 South Edwards Street
Enterprise, Alabama 36330
(334) 347-6447  telephone
(334) 347-8217  facsimile
jesawyer@roadrunner.com

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| VS. | *  CASE NO.: 1:08-cr-00043-WC |
| ROBERT TROY FUNDERBURG, | * |
| DEFENDANT. | * |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 7, 2008 I have electronically filed the foregoing electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Emily M. Ruisanchez, Special Assistant United States Attorney.

                                             ____/S/   J. E. Sawyer, Jr._____
                                               J. E. SAWYER, JR.