UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:08-CR-00043-WC |
| ) | |
| ROBERT TROY FUNDERBURG ) | |

**GOVERNMENT'S PROPOSED VOIR DIRE**

Comes now the United States of America, by and through the undersigned Special Assistant United States Attorney, and submits the following proposed voir dire pursuant to this Court's Order of July 2, 2008:

Respectfully submitted this the 7th day of July, 2008.

Respectfully submitted,

/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

1. Have you, or a family member, or close friend, ever been convicted of the crime of driving under the influence of alcohol?

2. Have you, or a family member, or close friend, ever had any problems with alcohol abuse?

3. Is there anyone that has not observed someone under the influence of alcohol?

4. Does anyone believe that you can tell if someone is under the influence of alcohol by their:

    a. Odor of alcohol?

    b. Speech?

    c. Behavior?

5. Does anyone believe that alcohol may affect your:

    a. Judgment?

    b. Coordination?

    c. Memory?

6. Is there anyone who does not believe that alcohol can affect your ability to drive safely?

7. Does anyone think it is unfair to require or request someone suspected of driving under the influence to take a breath or blood test?

8. Does anyone think it is unfair for a military commander to authorize or order a Soldier suspected of driving under the influence to take a breath or blood test?

9. Do any of you know the Defendant _____?

10. Do any of you know the Defense Attorney _____?

11. Does anyone have any legal training or experience?

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:08-CR-00043-WC |
| ) | |
| ROBERT TROY FUNDERBURG ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joseph Earl Sawyer Jr., Attorney for Robert Troy Funderburg, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Robert Troy Funderburg.

                                        Respectfully submitted,

                                        LEURA GARRETT CANARY
                                        UNITED STATES ATTORNEY

                                        /s/ Emily M. Ruisanchez
                                        EMILY M. RUISANCHEZ
                                        Special Assistant United States Attorney
                                        Soldier Service Center, Bldg. 5700
                                        Fort Rucker, Alabama 36362
                                        Telephone: (334) 255-9141
                                        Fax: (334) 255-1869
                                        E-mail: emily.ruisanchez@us.army.mil