IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:08-cr-43-TFM |
| ) | |
| ROBERT TROY FUNDERBURG ) | |

## **ORDER**

For good cause, it is ORDERED that the sentencing hearing currently set for August 12, 2008 at 10:00 a.m. is **reset for August 12, 2008, at 10:00 a.m.** in **Dothan, Alabama**, before the undersigned Magistrate Judge. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE, this 6th day of August, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE